IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. CR413-112
)
HERBERT CARTER, IV, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant's Motion for Relief from Judgment (Doc. 61), to which the Government has responded (Doc. 62). In his motion, Defendant suggests that he is entitled to sentencing relief pursuant to the "new Davis law." (Doc. 61 at 1.) After careful review, the Court finds that Petitioner's motion must be **DISMISSED**.

Despite the labeling of the motion, Defendant's request constitutes a collateral attack on his underlying sentence and "a [28 U.S.C.] § 2255 motion is the exclusive remedy for a federal prisoner to collaterally attack his conviction and sentence." Antonelli v. Warden, U.S.P. Atlanta, 542 F.3d 1348, 1352 n.1 (11th Cir. 2008); see also Gonzalez v. Crosby, 545 U.S. 524, 531, 125 S. Ct. 2641, 2647, 162 L. Ed. 2d 480 (2005) ("Virtually every Court of Appeals to consider the question has held that such a pleading, although labeled a Rule 60(b) motion, is in substance a successive habeas petition and

should be treated accordingly."). In this case, Defendant is arguing that an intervening change in the law constitutes a reason to justify relief from his sentence. (Doc. 61.) As a result, Defendant's motion is more accurately characterized as a successive § 2255 motion.

Defendant, however, has already filed a Motion to Vacate under 28 U.S.C. § 2255 (Doc. 47) that has been fully considered by this Court (Doc. 57). Because Defendant's current motion is successive, Defendant "need[s] to obtain an order from [the Eleventh Circuit Court of Appeals] authorizing the district court to consider the motion." Peters v. United States, 678 F. App'x 890, 892 (11th Cir. 2017). Because Defendant has not received such authorization, this Court lacks jurisdiction to consider the motion. Id. Accordingly, Defendant's motion is **DISMISSED**.

SO ORDERED this 12th day of August 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA